UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00297-FDW
(3:16-cr-00042-FDW-2)

| | |
|---|---|
| ROBERT DONEIL CLYBURN, JR., ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) ) | ORDER |

**THIS MATTER** is before the Court on its own motion following the filing of the Government's Response to Petitioner's pro se Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 3.) In accordance with the principles articulated in Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court notifies Petitioner that he has a right to reply to the Government's Response. Failure to reply may result in denial of Petitioner's § 2255 Motion to Vacate without further notice.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have thirty (30) days from entrance of this Order to reply to the Government's Response.

Signed: November 28, 2018

Frank D. Whitney
Chief United States District Judge